**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

# 06 - CV - 00403 -BNB

MAR 0 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

WALLACE GLENN ECKERSLEY,

      Plaintiff,

v.

TANIA GARCIA,

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. The court has determined that

the documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing **Certified Copy** of prisoner's trust fund statement for the
           6-month period immediately preceding this filing
(4)   __   is missing required financial information
(5)   __   is missing an original signature by the prisoner
(6)   __   is not on proper form (must use the court's current form)

Dockets.Justia.com

(7) __ names in caption do not match names in caption of complaint, petition or habeas application

(8) __ An original and a copy have not been received by the court. Only an original has been received.

(9) __ other _____

**Complaint, Petition or Application**:

(10) __ is not submitted

(11) _X_ is not on proper form (must use the court's current form)

(12) __ is missing an original signature by the prisoner

(13) __ is missing page nos. ___

(14) __ uses et al. instead of listing all parties in caption

(15) __ An original and a copy have not been received by the court.  Only an original has been received.

(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.

(17) __ names in caption do not match names in text

(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together

with a copy of this order, two copies of the following form: Prisoner Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

2

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this **6**ᵗʰ day of _March_____, 2006.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00403** - BNB

Wallace Glenn Eckersley
Prisoner No. 61305
Buena Vista Minimum Center
PO Box 2005 – 1-4-B (C-Unit)
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on ___3/8/06___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk